UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CHRISTIAN EDUARDO MURA            Case No. 09-74718
           Debtor.            Chapter 7
           Hon. Thomas J. Tucker

_____/

### ORDER DENYING APPLICATION TO PAY FILING FEES IN INSTALLMENTS

The debtor has filed an application to pay filing fees in installments this case. A review of court records show that counsel for debtor has failed to submit a proposed order within 15 days from the date the petition is filed (see L.B.R. 1007-1(e)). Therefore,

IT IS ORDERED that the Application to Pay Filing Fees in Installments (docket no. 7 ) is DENIED. Unless otherwise ordered in the future, the debtor must pay the filing fee in full on or before **December 15, 2009.**

**Signed on December 01, 2009**

           **/s/ Thomas J. Tucker**
           **Thomas J. Tucker**
           **United States Bankruptcy Judge**