# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

## COVER SHEET FOR AMENDMENTS

**CASE NAME:**    **Christian Eduardo Mura**

**CASE NUMBER:**    **09-74718**

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

### The purpose of this amendment is to:

☐ Add creditors to schedule(s) _____. How many?___
(Use second page of this form to list creditors added).

    ☐ **$26.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

☐ Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

☐ Other: (Provide detail of Amendment)_____

☒ **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

Specifically: Schedules B & C t oshow anticipated tax refund as asset, and exempting it.

☐ **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:**    LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

Signature:    **/s/ Robert Keyes**

**Robert Keyes P68856**
**300 North Huron Street**
**Ypsilanti, MI 48197**
**734-662-1590**
**ecf@doddkeyeslaw.com**

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, *Cover Sheet for Amendments*, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature:    **/s/ Christian Eduardo Mura**

**Christian Eduardo Mura**
Name of Debtor

.

In re     **Christian Eduardo Mura**                                                              ,          Case No.  **09-74718**
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | **J** | **55.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank checking** | **J** | **190.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Master bedroom: bed, dresser, night stand. TV, VCR, DVD** | **J** | **405.00** |
| | | | **Children bed rooms: bed, dresser, TV, stereo, computer, printer** | **J** | **525.00** |
| | | | **Grandmother bedroom: bed, TV, dresser, night stand** | **J** | **190.00** |
| | | | **Living / dining room: Chairs, table, tread mill, Sony home projector, TV, table,** | **J** | **485.00** |
| | | | **Kitchen: table/chairs, appliances** | **J** | **360.00** |
| | | | **Bath rooms: towels, iron, dryer, washer** | **J** | **315.00** |
| | | | **Basement desks, doll'shouse, computers** | **J** | **370.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, paintings** | **J** | **60.00** |
| 6. | Wearing apparel. | | **Clothing for family** | **-** | **500.00** |
| 7. | Furs and jewelry. | | **Jewelry** | **H** | **50.00** |

|  | Sub-Total > | **3,505.00** |
|---|---|---|
| | (Total of this page) | |

**3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

In re    **Christian Eduardo Mura**                                      ,      Case No.    **09-74718**

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401k Fidelity Investments** | **H** | **472.39** |
| | | **Rollover IRA** | **H** | **302.49** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Anticipated 2009 tax refund** | **J** | **4,000.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >     <b>4,774.88</b><br>(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Christian Eduardo Mura**                       ,                 Case No.    **09-74718**

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Chrysler Town & Country 162,000 miles, good condition. Value from kbb.com** | **J** | **3,850.00** |
| | | **1999 Plymouth Breeze 158,000 miles fair condition. Value based on guess.** | **J** | **1,000.00** |
| 26. Boats, motors, and accessories. | | **Sears outboard motor boat and trailer** | **J** | **150.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >    **5,000.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Christian Eduardo Mura** , Case No. **09-74718**
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **DJ Equipment - amps, speakers, lights and stand, CD's, mirror ball and fog machine, lighting** | **H** | **1,125.00** |
| | | **Office equipment computers, fax machines, copy machines printer, chairs** | **J** | **720.00** |
| | | **Outdoor equipment - lawm mower, playgournd set, wheelbarrow, gardening tools** | **J** | **515.00** |

Sub-Total >   **2,360.00**
(Total of this page)
Total >   **15,639.88**

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re    **Christian Eduardo Mura**        Case No.    **09-74718**
,
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ Check if debtor claims a homestead exemption that exceeds $136,875.
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash** | 11 U.S.C. § 522(d)(5) | 55.00 | 55.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase Bank checking** | 11 U.S.C. § 522(d)(5) | 190.00 | 190.00 |
| **Household Goods and Furnishings** | | | |
| **Master bedroom: bed, dresser, night stand. TV, VCR, DVD** | 11 U.S.C. § 522(d)(3) | 405.00 | 405.00 |
| **Children bed rooms: bed, dresser, TV, stereo, computer, printer** | 11 U.S.C. § 522(d)(3) | 525.00 | 525.00 |
| **Grandmother bedroom: bed, TV, dresser, night stand** | 11 U.S.C. § 522(d)(3) | 190.00 | 190.00 |
| **Living / dining room: Chairs, table, tread mill, Sony home projector, TV, table,** | 11 U.S.C. § 522(d)(3) | 485.00 | 485.00 |
| **Kitchen: table/chairs, appliances** | 11 U.S.C. § 522(d)(3) | 360.00 | 360.00 |
| **Bath rooms: towels, iron, dryer, washer** | 11 U.S.C. § 522(d)(3) | 315.00 | 315.00 |
| **Basement desks, doll'shouse, computers** | 11 U.S.C. § 522(d)(3) | 370.00 | 370.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books, paintings** | 11 U.S.C. § 522(d)(5) | 60.00 | 60.00 |
| **Wearing Apparel** | | | |
| **Clothing for family** | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| **Jewelry** | 11 U.S.C. § 522(d)(4) | 50.00 | 50.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401k Fidelity Investments** | 11 U.S.C. § 522(d)(10)(E) | 472.39 | 472.39 |
| **Rollover IRA** | 11 U.S.C. § 522(d)(10)(E) | 302.49 | 302.49 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Anticipated 2009 tax refund** | 11 U.S.C. § 522(d)(5) | 4,000.00 | 4,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2002 Chrysler Town & Country 162,000 miles, good condition. Value from kbb.com** | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | 3,225.00<br>625.00 | 3,850.00 |
| **1999 Plymouth Breeze 158,000 miles fair condition. Value based on guess.** | 11 U.S.C. § 522(d)(5) | 1,000.00 | 1,000.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re   **Christian Eduardo Mura**             ,      Case No.    **09-74718**

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Boats, Motors and Accessories** | | | |
| **Sears outboard motor boat and trailer** | **11 U.S.C. § 522(d)(5)** | **150.00** | **150.00** |
| | | | |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **DJ Equipment - amps, speakers, lights and stand, CD's, mirror ball and fog machine, lighting** | **11 U.S.C. § 522(d)(5)** | **1,125.00** | **1,125.00** |
| | | | |
| **Office equipment computers, fax machines, copy machines printer, chairs** | **11 U.S.C. § 522(d)(5)** | **720.00** | **720.00** |
| | | | |
| **Outdoor equipment - lawm mower, playgournd set, wheelbarrow, gardening tools** | **11 U.S.C. § 522(d)(5)** | **515.00** | **515.00** |

| | Total: | **15,639.88** | **15,639.88** |
|---|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037               Best Case Bankruptcy